IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACY K. MARTIN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:14-CV-0500-D |
| VS. | § | |
| | § | |
| LOCAL 556, TRANSPORTATION | § | |
| WORKERS UNION OF AMERICA, | § | |
| AFL-CIO, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On February 10, 2014 the court filed an order providing that plaintiffs' application for a temporary injunction (preliminary injunction) would be considered pursuant to Fed. R. Civ. P. 43(c) on the basis of affidavits, deposition excerpts, and/or exhibits. The order required plaintiffs to file supporting materials and a separate brief, and it stated that, until these documents were filed, the court would not calendar the application internally for decision. Because plaintiffs have not filed supporting materials and a separate brief, the court has removed the application from its internal calendar, and it directs the clerk of court to terminate the application statistically.

**SO ORDERED**.

September 3, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE